```
FILED
August 22, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                           )      Case No. MAG 05-0234 DAD
        Plaintiff,            )
v.                                       )      ORDER FOR RELEASE OF
                                           )      PERSON IN CUSTODY
SOPHIA MICHELLE RANGEL,   )
                                           )
        Defendant.          )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  SOPHIA MICHELLE RANGEL , Case No. MAG 05-0234 DAD , Charge  18 USC § 371 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __ Release on Personal Recognizance

      X  Bail Posted in the Sum of $_____

           X  Unsecured Appearance Bond $ _10,000.00_

           __ Appearance Bond with 10% Deposit

           __ Appearance Bond with Surety

           __ Corporate Surety Bail Bond

           X  (Other)  _Pretrial Services Supervision_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 22, 2005  at  3:45 p.m. .

                                      By   _/s/ Dale A. Drozd_
                                             Dale A. Drozd
                                           United States Magistrate Judge

Original - U.S. Marshal